David ZERBY,

v.

WORKERS' COMPENSATION
APPEAL BOARD (READING
ANTHRACITE COMPANY).

Petition of Reading Anthracite
Company.

Supreme Court of Pennsylvania.

July 18, 2003.

### ORDER

PER CURIAM.

AND NOW, this 18th day of July, 2003, the Petition for Allowance of Appeal is GRANTED. It is further ordered that the matter be CONSOLIDATED with *Colpetzer v. Workers' Compensation Appeal Board (Standard Steel)*, 802 A.2d 1233 (Pa. Commw.2002), *appeal granted,* —— Pa. ——, 820 A.2d 163 (Pa.2003) (Nos. 646 MAL 2002 & 63 MAP 2003, granted April 22, 2003).

Kenneth McINTYRE & Similarly
Situated Persons, Appellant,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS & Robert D. Shannon, Superintendent, Appellees.

Supreme Court of Pennsylvania.

July 23, 2003.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of July, 2003, the above-captioned appeal is quashed for failure to file a brief.